FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON EDWARD WILKERSON,<br><br>Defendant. | No. 2:24-CR-00043-TOR-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND PRETRIAL RELEASE CONDITIONS<br><br>**MOTIONS GRANTED**<br>**(ECF No. 25)** |

    Before the Court is Defendant BRANDON EDWARD WILKERSON's Unopposed Motion to Amend Pretrial Release Conditions, **ECF No. 25**. Defendant recites in his motion that the United States has no objection to Defendant's motion.

    Specifically, Defendant is requesting the Court to amend Defendant's Pretrial Release Conditions to impose a requirement that Defendant participate in mental health counseling.

    The Court, finding good cause, **IT IS ORDERED:**

    1.    Defendant's Unopposed Motion to Amend Pretrial Release Conditions, **ECF No. 25** is **GRANTED**.

    2.    Defendant shall submit to a mental health evaluation and undergo any recommended treatment as directed by United States Probation/Pretrial Services.

ORDER - 1

Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program.  *It shall be the responsibility of defense counsel to provide such waivers.*

    3.    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 14, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2