UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wilkerson, Brandon Edward | Docket No. | 0980 2:24CR00043-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, SanJuanita B. Coronado, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Brandon Edward Wilkerson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 15th day of July 2024, under the following conditions:

Pursuant to ECF 13, the appearance bond and conditions ordered in the Western District of Washington (WDWA) case 2:24MJ00393-MLP-1, (ECF 10), remain in full force and effect:

**ECF 10, bullet point #2:** **No Law Violations**. I must not commit a federal, state or local crime during the period of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Wilkerson was on courtesy supervision with U.S. Probation in WDWA. Conditions were reviewed with him by a WDWA pretrial officer.

**Violation #1**: It is alleged Mr. Wilkerson violated his conditions of release by being charged with reckless endangerment on or about May 4, 2025.

According to the Lynnwood Police Department initial case report, on May 4, 2025 at 10:23 a.m., reports were received by several callers of an erratic driver. The vehicle, a red Ford Mustang, was veering into oncoming lanes and then crashed into a ditch. An officer arriving on scene observed the Mustang had gone onto the shoulder of the road and down a ditch. The vehicles motor was running and the engine was revving as the wheels were spinning in reverse. The officer contacted the driver, Brandon Wilkerson, who kept pressing the gas trying to move the car. He was instructed to turn off the car and asked how he got stuck in the ditch. Mr. Wilkerson stated his pulled to the shoulder as a tire was low. As he spoke, he appeared slightly incoherent and his answers were scattered. The officer did not smell intoxicating liquor but noticed part of a rubber tube near the parking brake area of the car. The officer observed a glass tube connected to the rubber tube, and there was white residue in the glass. The officer suspected this to be drug paraphernalia.

A Washington State Patrol trooper arrived at the scene. Mr. Wilkerson was detained by the trooper and transported to the Snohomish County Jail. A blood draw warrant was pending. Per the trooper, the defendant would initially be charged with reckless driving, pending the blood draw results for possible driving under the influence charges.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    May 4, 2025 |
| | by | s/SanJuanita B. Coronado |
| | | SanJuanita B. Coronado<br>Supervisory U.S. Pretrial Services Officer |

Re: Wilkerson,, Brandon Edward
May 4, 2025
Page 2


THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

May 4, 2025
_____
Date